# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162297(32)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RENALDO RAMON PRESSWOOD,
     Defendant-Appellant.

_____/

SC: 162297
COA: 354676
Genesee CC: 15-037810-FC

On order of the Chief Justice, the motion of defendant-appellant to withdraw his earlier motion to hold the case in abeyance is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2021



Clerk